IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| PINEAPPLE34, LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 6:21-cv-00293-ADA<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Pineapple34, LLC, and Defendant, Google LLC, hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised or could have raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE.

Dated:  September 23, 2021            Respectfully submitted,

By: */s/ Isaac Rabicoff*

Isaac Rabicoff (admitted)
RABICOFF LAW LLC
73 W. Monroe Street
Chicago, IL 60603
Telephone: (773) 669-4590
Facsimile: (888) 958-8463
isaac@rabilaw.com

**Counsel for Plaintiff Pineapple34 LLC**

By */s/  Bijal V. Vakil*

G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
MANN | TINDEL | THOMPSON
201 E. Howard Street
Henderson, TX  75654
Telephone:  (903) 657-8540
Facsimile:  (903) 657-6003

Bijal V. Vakil (CA Bar No. 192878)
(*admitted to the Western District of Texas*)
Allen & Overy LLP
530 Lytton Avenue, 2nd Floor
Palo Alto, CA 94301
Telephone:  (650) 388-1703
Email: bijal.vakil@allenovery.com

Shamita Etienne Cummings (CA Bar No. 202090)
(*admitted to the Western District of Texas*)
Allen & Overy LLP
1101 New York Ave
11th Floor
Washington, DC 20005
Telephone:  (202) 683-3810
Facsimile:  (202) 683-3999
Email: shamita.etienne@allenovery.com

**Counsel for Google LLC**

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on September 23, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

By: <i>/s/ Bijal V. Vakil</i><br>Bijal V. Vakil